| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Edward Carroll Manners, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Barbara Wilma Manners** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | 6:18-bk-05535 | | |

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bayview Financial Loan**<br><br>Description of property securing debt: **42847 Cooter Pond Road Deland, FL 32720  Lake County S 1/2 OF NW 1/4 OF NE 1/4 OF NE 1/4 \|<br>ORB 2856 PG 477 \|<br>Parcel Number: 32-17-29-000100000600** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br><br>**Retain and Pay - Loan Mod** | ☐ No<br>■ Yes |
| Creditor's name: **Mid Atlantic Finance C**<br><br>Description of property securing debt: **2006 Toyota Sienna 108,000 miles<br>VIN 5TDZA23C56S413303** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br>**Retain and Pay** | ☐ No<br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases
For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Official Form 108              Statement of Intention for Individuals Filing Under Chapter 7              page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | Edward Carroll Manners, Sr. | | |
|---|---|---|---|
| Debtor 2 | Barbara Wilma Manners | Case number (if known) | 6:18-bk-05535 |

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X   /s/ Edward Carroll Manners, Sr.
Edward Carroll Manners, Sr.
Signature of Debtor 1
Date   March 7, 2019

X   /s/ Barbara Wilma Manners
Barbara Wilma Manners
Signature of Debtor 2
Date   March 7, 2019

# United States Bankruptcy Court
## Middle District of Florida

In re  **Edward Carroll Manners, Sr.**
**Barbara Wilma Manners**
_____
Debtor(s)

Case No.  **6:18-bk-05535**
Chapter  **13**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned,  **Edward Carroll Manners, Sr. and Barbara Wilma Manners**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

**4/17/19**
Executed on (Date)

_/s/ Edward Carroll Manners_
**Edward Carroll Manners, Sr.**
Signature of Debtor
or other claimant

_/s/ Barbara Wilma Manners_
**Barbara Wilma Manners**
Signature of Joint Debtor

Verified Document(s):

Full Descriptive Title
Statement of Intentions

Date Executed
4/17/19

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
### www.flmb.uscourts.gov

**IN RE:**
**Edward Carroll Manners, Sr.**　　　　　**CASE NO.: 6:18-BK-05535-CCJ**
**Barbara Wilma Manners**　　　　　　　**Chapter 7**

　　　　**Debtors**　　　　　　　／

## PROOF OF SERVICE

　　I hereby certify that on this 17th day of April, 2019, a true and correct copy of the foregoing has been furnished electronically to Laurie Weatherford, Chapter 13 Trustee, and by regular mail, postage prepaid, to all interested parties on the attached mailing matrix.

　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　/s/Elayne M. Conrique
　　　　　　　　　　　　　　　　　Elayne M. Conrique
　　　　　　　　　　　　　　　　　Florida Bar No. 581151
　　　　　　　　　　　　　　　　　Perez Conrique Law
　　　　　　　　　　　　　　　　　746 N. Magnolia Ave.
　　　　　　　　　　　　　　　　　Orlando, Florida 32803
　　　　　　　　　　　　　　　　　Telephone: (407) 545-4400
　　　　　　　　　　　　　　　　　Facsimile: (407) 545-4401
　　　　　　　　　　　　　　　　　Service@perezconrique.com

　　　　　　　　　　　　　　　　　*Attorney for Debtors*

```
Label Matrix for local noticing            Bayview Loan Servicing, LLC, a Delaware Limi    Barbara Manners
113A-6                                     Aldridge Pite, LLP                              42847 Cooter Pond Rd
Case 6:18-bk-05535-CCJ                     4375 Jutland Dr., Suite 200                     Deland, FL 32720-6337
Middle District of Florida                 P.O. Box 17933
Orlando                                    San Diego, CA 92177-7921
Wed Apr 17 14:41:48 EDT 2019

Edward Manners                             AT&T Mobility II LLC                            Afni, Inc.
42847 Cooter Pond Rd                       %AT&T SERVICES INC.                             Po Box 3097
Deland, FL 32720-6337                      KAREN A. CAVAGNARO  PARALEGAL                   Bloomington, IL 61702-3097
                                           ONE AT&T WAY, SUITE 3A104
                                           BEDMINSTER, NJ. 07921-2693


Ashley Funding Services, LLC its successors  Bayview Financial Loan                        Bayview Loan Servicing, LLC
assigns as assignee of Laboratory            4425 Ponce De Leon Blvd                       4425 Ponce De Leon Blvd., 5th Floor
Corporation of America Holdings              Coral Gables, FL 33146-1873                   Coral Gables FL 33146-1837
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Credit Acceptance                          Credit Acceptance Corp                          Directv, LLC
25505 W 12 Mile RD #3000                   Po Box 513                                      by American InfoSource as agent
Southfield MI 48034-8331                   Southfield, MI 48037-0513                       PO Box 5008
                                                                                           Carol Stream, IL  60197-5008


Florida Department of Revenue              Internal Revenue Service                        Lake County Tax Collector
Bankruptcy Unit                            Post Office Box 7346                            Attn:  Bob McKee
Post Office Box 6668                       Philadelphia PA 19101-7346                      Post Office Box 327
Tallahassee FL 32314-6668                                                                  Tavares FL 32778-0327


Mid Atlantic Finance C                     Midland Funding                                 Monroe & Main
1592 Ulmerton Rd Ste 200                   2365 Northside Dr Ste 30                        c/o Creditors Bankruptcy Service
Clearwater, FL 33762-4107                  San Diego, CA 92108-2709                        P.O. Box 800849
                                                                                           Dallas, TX 75380-0849


Monroe And Main                            Nuvell Credit Co                                Radius Global Solution
1112 7th Ave                               200 Renaissance Ctr                             9550 Regency Square
Monroe, WI 53566-1364                      Detroit, MI 48243-1300                          Jacksonville, FL 32225-8169


Santander Consumer USA, Inc.               Santander Consumer Usa                          SunTrust Bank
P.O. Box 560284                            Po Box 961245                                   Attn: Support Services
Dallas, TX 75356-0284                      Ft Worth, TX 76161-0244                         P.O. Box 85092
                                                                                           Richmond, VA 23286-0001


Trident Asset Manageme                     Laurie K Weatherford +                          Robert E Thomas +
10375 Old Alabama Rd Ste                   Post Office Box 3450                            Post Office Box 5075
Alpharetta, GA 30022                       Winter Park, FL 32790-3450                      Winter Park, FL 32793-5075


United States Trustee - ORL7/13 7+         Elayne M Conrique +                             Wanda D Murray +
Office of the United States Trustee        Perez Conrique Law                              Aldridge Pite, LLP
George C Young Federal Building            746 North Magnolia Avenue                       Fifteen Piedmont Center
400 West Washington Street, Suite 1100     Orlando, FL 32803-3809                          3575 Piedmont Road, N.E., Suite 500
Orlando, FL 32801-2210                                                                     Atlanta, GA 30305-1636
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing, LLC

End of Label Matrix
Mailable recipients    29
Bypassed recipients     1
Total                  30